

February 25, 2025

Micaela C. Owens
908-455-0241 (cell)
Micaela.Owens@wilsonelser.com

**VIA ECF**

Honorable Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Court Room: 3A
Camden, New Jersey 08101

          Re:    *Blueberry Funding, LLC, et al. v. Isaac M. Neuberger,* et al.
                 <u>Civil Action No.: 1:24-cv-06617-ESK-SAK</u>

Dear Judge Kiel:

      As Your Honor is aware, this firm represents Defendants, Isaac M. Neuberger, Steven J. Willner, and Neuberger Quinn Gielen Rubin & Gibber, P.A. ("Defendants"), in the above matter. Pursuant to Your Honor's Text Order of January 24, 2025 (ECF 41), the Plaintiffs', Blueberry Funding, LLC and Alan Miller, individually ("Plaintiffs"), request to file a Second Amended Complaint (ECF 40) was granted for efficient case management and to preserve judicial resources. Your Honor also ordered that Plaintiffs shall file their Second Amended Complaint by February 14, 2025, that Defendants' then-pending Motion to Dismiss Plaintiffs' First Amended Complaint (ECF 37) was terminated, and that Defendants were permitted to file a renewed Motion to Dismiss subsequent to Plaintiffs' filing of their Second Amended Complaint. (ECF 41).

      Given that Plaintiffs have now filed their Second Amended Complaint (ECF 42) and Defendants seek to file a Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to <u>Fed. R. Civ. P.</u> 12(b)(6) (the "Motion"), the undersigned recently contacted Plaintiffs' Counsel to discuss the possibility of a proposed briefing schedule. After conferring with Counsel, the parties are pleased to advise the Court that they have reached an agreement. Subject to the Court's approval, we respectfully submit the within joint letter, proposing the following briefing schedule for the Motion: Defendants to file the Motion by March 14, 2025; Plaintiffs to file any opposition by April 7, 2025; Defendants to file any reply by April 14, 2025; and the Motion day is to be set for April 21, 2025.

      Should the above-proposed briefing schedule be acceptable to Your Honor, we respectfully request that the Court "so Order" this letter and return a "filed" copy to us via the Court's ECF system. We are also available for a conference, should Your Honor have any questions or wish to discuss this matter further.

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY
Madison, NJ | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

**Error! Unknown document property name.**

Thank You for Your Honor's kind considerations and continued attention to this matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Micaela C. Owens*
Micaela C. Owens

cc: All Persons on the ECF Service List (via ECF)